AMELIA FESSLER et al., Appellants, v. CITY OF NEW YORK, Respondent, et al., Defendants.— Order denying plaintiffs' motion for an examination before trial of the City of New York modified on the law and the facts by granting the motion to the extent of permitting the examination of respondent by the police officer Stephen Depri as to the matter set forth in item 1 of the notice of motion. As thus modified, the order is affirmed, with ten dollars costs and disbursements to appellants, the examination to proceed on five days' notice. The denial in respondent's answer of the allegations contained in paragraph " Sixth " of the complaint was evidently inadvertent and respondent, either before or on the trial, will doubtless stipulate that plaintiffs' claim was not settled, compromised or paid. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.

CHARLES A. FREUND, Respondent, v. JAMES McCULLAGH, INC., Appellant.— In an action to recover an installment of interest due on a bond, plaintiff's motion to strike out the answer and for summary judgment was granted. Order granting plaintiff's motion for summary judgment, and the judgment entered thereon, reversed on the law, without costs, and the motion denied, without costs, but without prejudice to renewal. The moving papers are defective and the defects were urged in the court below. The affidavit in support of the motion was made by plaintiff's attorney, who fails to state that he has knowledge of the facts, and fails to state his belief that there is no defense to the action. (*Universal Credit Co.* v. *Uggla*, 248 App. Div. 848; *First Trust & Deposit Co.* v. *Holt & Thomas, Inc.*, 236 App. Div. 714.) Carswell, Johnston and Adel, JJ., concur; Close, P. J., and Hagarty, J., dissent and vote to affirm the order and the judgment on the ground that the allegations in the affidavit of plaintiff's attorney are sufficient to comply with rule 113 of the Rules of Civil Practice.

HATTIE GREENBERG, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Action by the beneficiary of two policies of life insurance to recover $4,500, payable in the event assured died through external, violent and accidental means. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

MIRIAM GREENFIELD, Appellant, v. LOUIS TESHER, Defendant, and HYMAN BLOOM, Defendant-Respondent.— Action by a purchaser for specific performance of a contract for the purchase and sale of real property. Judgment entered in favor of respondent, Bloom, on the merits, and orders denying plaintiff's motions for written findings of fact and to modify the court's decision, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See *post*, p. 998.]